# United States District Court

_____Southern_____   District of   _____Texas_____

UNITED STATES OF AMERICA
V.
**Carlos Andres MENDIOLA-Gonzalez**
A.K.A. Carlos CASTILLEJA-Mata
Mexico
205 732 643

**CRIMINAL COMPLAINT**

CASE NUMBER 1:18-PO- __152__

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about __**May 24, 1989**__ in __**Cameron**__ County, in the **Southern** District of **Texas**, the defendant being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section **1325(a)(1).**

I further state that I am a **Deportation Officer** and this complaint is based on the following facts:

**The defendant was apprehended in Olmito, Texas on August 3, 2018.  The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River at or near Brownsville, Texas on or about May 24, 1989, thus avoiding immigration inspection.**

Continued on the attached sheet and made part hereof:  ☐ Yes  ☒ No

Defendant has  $0.00

\S\ Maurice Sanchez
*Signature of Complainant*

Maurice Sanchez            Deportation Officer
*Name and Title of Complainant*

Sworn to before me and subscribed in my presence,

August 4, 2018                                at       Brownsville, Texas
*Date*                                                     *City and State*

Ignacio Torteya III     U.S. Magistrate Judge
*Name and Title of Judicial Officer*                    *Signature of Judicial Officer*